**Order entered June 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01594-CV

**JAMIE (JAMES) ROA, Appellant**

**V.**

**DENISON CITY COUNCIL, Appellee**

**On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV-13-1732**

## ORDER

Before the Court is appellee's June 13, 2014 "Motion to Strike Appellant's Original and Amended Briefs and Appendices and Motion to Dismiss the Appeal." We **DENY** the motion.

On the Court's own motion, appellee may file an amended brief **on or before July 11, 2014**.

/s/ ADA BROWN
JUSTICE